# United States Bankruptcy Court
## District of Nevada

Case No. **09–25624–bam**

**Chapter 7**

In re: (Name of Debtor)
PEDRO GALLEGOS
9130 INDIAN BREEZE DRIVE
LAS VEGAS, NV 89129

ANGELINA GALLEGOS
9130 INDIAN BREEZE DRIVE
LAS VEGAS, NV 89129

Social Security No.:
xxx–xx–6059

xxx–xx–3474

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge as the debtor(s) did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Financial Management Course Certificate, the debtor(s) must pay the full filing fee due for filing such a motion.

IT IS ALSO ORDERED that JAMES F. LISOWSKI SR. is discharged as trustee of the estate of the above named debtor(s).

Dated: 6/3/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court